UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 15-1083 FMO (PJWx) | Date | **November 1, 2016** |
|---|---|---|---|
| Title | **Stephanie Zuniga v. CMRE Financial Services, Inc.** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):  Attorney Present for Defendant(s):
None Present  None Present

**Proceedings:** (In Chambers) Order to Show Cause Re: Sanctions

On July 8, 2015, plaintiff Stephanie Zuniga ("plaintiff") filed a class action complaint against CMRE Financial Services, Inc. ("defendant") for violations of the Telephone Consumer Protection Act, 47 U.S.C. §§ 227, et seq. (See Complaint). The action was transferred to this court on July 20, 2015, as a related case to Michael Brang, et al. v. CMRE Financial Services, Inc., et al., CV 15-3562. Defendant filed an Answer on September 18, 2015.

On September 11, 2015, the court issued a scheduling and case management order, setting forth case deadlines. (See Court's Order of September 11, 2015). More specifically, the court set November 9, 2015, as the deadline for completion of a settlement conference, (see id. at 17), and July 22, 2016, at the deadline for plaintiff to file a motion for class certification. (See id. at 18). As of the date of this Order, the parties have not filed a Status Report Re: Settlement relating to their settlement conference and plaintiff has not filed a motion for class certification. Accordingly, IT IS ORDERED that no later than **November 4, 2016**, the parties shall show cause in writing why this case should not be dismissed or sanctions imposed for lack of prosecution and/or failure to comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962). A stipulation of dismissal and/or notice of settlement shall be deemed a satisfactory response to the order to show cause.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |